UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TAVORIUS MARCEL TUNSTALL, #112459            PLAINTIFF

VERSUS            CIVIL ACTION NO. 3:15cv632-DPJ-FKB

WARDEN LEPHER JENKINS, et al.            DEFENDANTS

FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 30th day of October, 2015.

           s/ *Daniel P. Jordan III*
           UNITED STATES DISTRICT JUDGE